IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KIMBERLY J. EIDE, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7:15-cv-00368 |
| | ) | |
| v. | ) | |
| | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | By: Elizabeth K. Dillon |
| | ) | United States District Judge |
| Respondent. | ) | |

**FINAL ORDER**

In accordance with the written Memorandum Opinion entered this day, it is hereby ORDERED and ADJUDGED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED; a certificate of appealability is DENIED; and the action is STRICKEN from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Eide.

Entered: October 23, 2015.

*Elizabeth K. Dillon*
United States District Judge